CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT 2017 SEP 13  PM 1: 57
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:17-CR-00047-C |
| JOHN GILBREATH IV | |

## INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about June 11, 2017, in the San Angelo Division of the Northern District of
Texas, and elsewhere, **John Gilbreath IV**, defendant, a person who had previously been
convicted of a crime punishable by a term of imprisonment exceeding one year, did
knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a
Charter Arms, Charco model, .38 caliber revolver bearing serial number 1124875.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this Indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **John Gilbreath IV**

shall forfeit to the United States of America any firearm and ammunition involved in or

used in the knowing commission of the offense, including, but not limited to, the

following:  a Charter Arms, Charco model .38 caliber revolver, bearing serial number

1124875.

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

ANDERSON HATFIELD
Assistant United States Attorney
New Mexico State Bar No. 146699
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7323
Facsimile:    806-472-7394
Email:        Anderson.Hatfield@usdoj.gov

**John Gilbreath Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

JOHN GILBREATH IV

INDICTMENT

COUNT 1:                      CONVICTED FELON IN POSSESSION OF A FIREARM
                             Title 18, United States Code, Sections 922(g)(1) and
                             924(a)(2).

FORFEITURE NOTICE

(1 COUNT + FORFEITURE NOTICE)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this __13th__ day of _September_, A.D. 2017.

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE