AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

JOHN GILBREATH IV

**WARRANT FOR ARREST**

Case Number: 6:17-CR-00047-c

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __John Gilbreath IV__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Convicted Felon in Possession of a Firearm

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2)__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

U.S. Magistrate Judge D. Gordon Bryant, Jr.    09/13/2017    Lubbock, Texas
                                                Date          Location

By: _David L. Schwartz_ (signature)
Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

1525 GREENWOOD APARTMENT 2   SAN ANGELO, TEXAS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-13-2017 | RICK TAYLOR, USM | By: Wendy Pena |
| DATE OF ARREST 9-14-2017 | | |